UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS BROWN,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendant. | Case No. 1:22-cv-1672<br><br>Removed from the Circuit Court of Cook County, Illinois<br><br>Cook County Case No. 2022-M1-010823 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc., ("Experian"), incorrectly named as "Experian North Amer.", hereby file this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is named as a defendants in Civil Action No. 18-SC-655 filed in the Circuit Court of Lee County, Illinois (the "State Court Action").

2. The complaint in the State Court Action was filed with the Clerk of the Circuit Court for Cook County on February 25, 2022. A true and correct copy of the pleadings in the State Court Action is attached hereto as **Exhibit A**.

3. Experian first learned of the State Court Action on or about March 2, 2022 when it received a copy of the Small Claims Summons via regular mail. A hearing was set in the State Court Action for April 18, 2022.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibits A and B.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Experian, by counsel, removes the subject action from the Circuit Court of Lee County, State of Illinois, to this United States District Court, Northern District of Illinois.

Dated: March 31, 2022	Respectfully submitted,

/s/ Clare E. Fogarty
Clare E. Fogarty
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone: (312) 269-1539
Facsimile: (312) 782-8585
cfogarty@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31 , 2022 the foregoing NOTICE OF REMOVAL was sent via U.S. Mail, First Class, postage prepaid, to the recipients listed below:

Plaintiff Dennis Brown
15941 S. Harlem Ave
Tinely Park, IL 60477

*/s/ Clare E. Fogarty*
Attorney for Defendant
Experian Information Solutions, Inc.